UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:13-cr-182, Taylor |
| | ) | 1:13-cr-213, Carroll |
| MOTION TO DISMISS | ) | 1:13-po-222, Dominguez |
| | ) | 1:14-cr-008, Anderson |
| | ) | 1:14-cr-055, Hilliard |
| | ) | 1:14-cr-073, Hale |
| | ) | 1:14-cr-074, Kamae |
| | ) | 1:14-cr-107, Marshall |
| | ) | 1:14-cr-108, Schmidtjonsen |
| | ) | 1:15-cr-004, Carter, Jr. |
| | ) | 1:15-cr-044, Crymes |
| | ) | 1:15-cr-080, McCloud |
| | ) | 1:16-po-067, Smith |
| | ) | 1:16-cr-068, Glenn-Boswell |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 6th day of November, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GA

1